Dayton Bar Association *v.* Sams.

[Cite as Dayton Bar Assn. *v.* Sams (1989), 41 Ohio St. 3d 11.]

(No. D.D. 88-23—Submitted January 11, 1989—Decided March 15, 1989.)

*Jablinski, Folino, Roberts, Schultz & Martin* and *Ronald E. Schultz,* for relator.

*John H. Rion,* for respondent.

*Per Curiam.* We concur with the board's findings and its recommendation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT and RESNICK, JJ., dissent.

WRIGHT, J., dissenting. I must respectfully dissent. Respondent's gross violations of DR 1-102(A)(3) and DR 1-102(A)(6) were too serious to merit the sanction invoked by the majority. I would suspend respondent at a minimum for an eighteen-month period, and I would consider a period of probation thereafter.

RESNICK, J., concurs in the foregoing dissenting opinion.